IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JEFFREY M. OBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:20-cv-106 |
| ) | |
| KING & QUEEN COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Jeffrey M. Oberg, and the Defendant, King and Queen County School Board, by counsel, and hereby stipulate and agree that this case is to be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 13th day of November, 2020.

/s/Pakapon Phinyowattanachip
Pakapon Phinyowattanachip (VSB No. 80799)
Andrew P. Selman (VSB No. 91060)
HANEY PHINYOWATTANCHIP PLLC
11 S. 12th Street, Suite 300C
Richmond, VA 23219
Tel.:   (804) 500-0302
          (804) 500-0303
Fax:   (804) 500-0309
Email: pakaponp@haneyphinyo.com
           aselman@haneyphinyo.com

*Counsel for Defendant*

/s/Richard F. Hawkins, III
Richard F. Hawkins, III (VSB No. 40666)
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, VA 23220
Tel.:   (804) 308-3040
Fax:   (804) 308-3132
Email: rhawkins@thehawkinslawfirm.net

*Counsel for Plaintiff*